RECEIVED
DEC 1 8 2013
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

PROB 22
(Rev. 8/97)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 7:12CR00511-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 3:13-00277-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ivan Burley | SOUTHERN DISTRICT OF TEXAS | McALLEN |
| | NAME OF SENTENCING JUDGE | |
| | Hayden Head | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/22/2013 | TO 01/21/2015 |

**OFFENSE**

Possession with Intent to Distribute Less Than 50 Kilograms, that is, Approximately 2.2. Kilograms of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 18 U.S.C. § 2.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS- MCALLEN DIVISION</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee-Nashville Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

8/22/13
Date

Hayden Head
Senior United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE-NASHVILLE DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

12/20/13
Effective Date

United States District Judge